**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

**CLAUDE SALAUN,**

          **Plaintiff,**

-vs-                                                      Case No.  2:07-cv-131-FtM-34DNF

**ACS HOLDING, INC., AGPM, LLC,**

          **Defendants.**

_____

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration on the following motion filed herein:

> **MOTION:**    **MOTION FOR SANCTIONS (Doc. No. 23)**
>
> **FILED:**       **August 22, 2007**
>
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

The Defendant, ACS Holding, Inc. and AGPM, LLC are requesting that the Court impose sanctions on the Plaintiff for failing to comply with the Case Management and Scheduling Order (Doc. 18) entered on May 8, 2007, and for failing to comply with this Court's Order (Doc. 22) entered on August 6, 2007.  On July 13, 2007, the Defendants filed a Motion to Compel Service of Plaintiff's Mandatory Initial Disclosures and Motion for Sanctions (Doc. 21).  The Defendants were requesting that the Court compel the Plaintiff to provide his Mandatory Initial Disclosures as is requested in Fed.R.Civ.P. 26(a)(1).  The Plaintiff failed to respond to the Motion to Compel.  In an Order (Doc.

22) entered on August 6, 2007, the Court granted the Defendants' Motion to Compel and required the Plaintiff to provide his Mandatory Initial Disclosures within fifteen (15) days from the date of the Order. The Court did not enter sanctions at that time, but did allow the Defendants leave to renew its Motion for Sanctions should the Plaintiff fail to comply with the Order. On August 22, 2007, the Plaintiff filed his Motion for Sanctions (Doc. 23) requesting that the Court sanction the Plaintiff for failing to comply with Fed.R.Civ.P. 26(a)(1) and for failing to comply with the Court's Order (Doc. 22) entered on August 6, 2007.  The Defendants contended that the Plaintiff had not provided his Mandatory Initial Disclosures.  The Plaintiff failed to respond to the Motion for Sanctions.  On September 11, 2007, the Court entered an Order to Show Cause (Doc. 24) requiring the Plaintiff to show cause on or before September 28, 2007, why "this Court should not recommend that the Motion for Sanctions be granted and this action be dismissed for failing to provide Mandatory Initial Disclosures and for failing to comply with this Court's Order (Doc. 22) entered on August 6, 2007." (See, Doc. 24, p. 2).  The Plaintiff failed to respond to the Order to Show Cause.

Pursuant to Local Rule 3.10(a),

> [w]henever it appears that any case is not being diligently prosecuted the Court may, on motion of any party or on its own motion, enter an order to show cause why the case should not be dismissed, and if no satisfactory cause is shown, the case may be dismissed by the Court for want of prosecution.

The Plaintiff failed to provide his Mandatory Initial Discloses, failed to respond to a Motion to Compel Service of Plaintiff's Mandatory Initial Disclosures and for Sanctions, failed to comply with an Order compelling him to provide his Mandatory Initial Disclosures, failed to respond to a second Motion for Sanctions, and failed to respond to an Order to Show Cause. The Plaintiff has failed to prosecute this case.

**IT IS RESPECTFULLY RECOMMENDED:**

That the Motion for Sanctions (Doc. 23) be granted and that this action be dismissed for want of prosecution.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Respectfully recommended in Chambers in Ft. Myers, Florida this __3rd__ day of October, 2007.

_____
DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record