**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

CLAUDE SALAUN,

        Plaintiff,

vs.                                Case No. 2:07-cv-131-FtM-34DNF

ACS HOLDING, INC., AGPM, LLC,

        Defendants.
_____/

# ORDER

This case is before the Court on Magistrate Judge Douglas N. Frazier's Report and Recommendation (Doc. No. 28; Report), entered October 3, 2007. In the Report, Magistrate Judge Frazier recommended that this case be dismissed for failure to prosecute. See Report. Plaintiff failed to file objections and the time in which to do so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If specific objections to findings of facts are timely filed, the district court will conduct a de novo review of those facts. Id.; LoConte v. Dugger, 847 F.2d 745, 750 (11th Cir. 1988). Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, it is hereby

**ORDERED:**

1. The Report and Recommendation (Doc. No. 28) of Magistrate Judge Frazier is **ADOPTED** as the opinion of the Court.

2. Plaintiff's Complaint (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

3. Each party shall bear its own fees and costs.

4. The Clerk shall close the case and terminate any remaining deadlines or pending motions as moot.

**DONE AND ORDERED** at Fort Myers, Florida this 6th day of November, 2007.

*[signature]*
**MARCIA MORALES HOWARD**
United States District Judge

lc5

Copies to:

Counsel of Record